UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DROR NISSIM,

                      Petitioner,                                  18 **CIVIL** 11520 (ALC)

    -against-                                        **JUDGMENT**
                                                           **For Attorney's Fees and Costs**

ORNA KIRSH,

                      Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 29, 2019, Petitioner's motion for attorneys' fees and costs is hereby GRANTED. Judgment is entered in favor of petitioner for $20,348.94 in costs and expenses and $88,370 in attorneys' fees, for a total of $108,718.94.

**Dated:**  New York, New York
            June 29, 2019

                                                                           **RUBY J. KRAJICK**

                                                                               **Clerk of Court**
                                                              BY:
                                                                                **Deputy Clerk**